■ In the Matter of LON FITTANTE, Respondent, v TERRI BOROWICZ, Appellant. [689 NYS2d 915] —Order unanimously affirmed without costs. Memorandum: Contrary to respondent's contention, the determination granting the petition to modify the existing custody arrangement and awarding custody of the parties' three children to petitioner has a sound and substantial basis in the record (*cf., White v White*, 209 AD2d 949, *lv dismissed* 85 NY2d 924; *Fox v Fox*, 177 AD2d 209, 211-212). Petitioner established that the change in custody is in the children's best interests (*see, Eschbach v Eschbach*, 56 NY2d 167, 171-174; *Perez v Perez*, 239 AD2d 868; *Matter of Ammann v Ammann*, 209 AD2d 1032). (Appeal from Order of Niagara County Family Court, Figliola, J.H.O.—Custody.) Present—Denman, P. J., Green, Pine, Hayes and Hurlbutt, JJ.